UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL D. TURNER,<br><br>　　　　　　Defendant. | Case No. 9:20-PO-5061-KLD<br><br>VIOLATION: FBDW00EA<br><br>DISPOSITION CODE:  PF<br><br>ORDER ACCEPTING PLEA LETTER |

　　　Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated September 2, 2020, advising Plaintiff has reached an agreement with Defendant.  Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $115.00, and Defendant has agreed to forfeit that amount.

　　　**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $115.00. Defendant has paid this amount in full.

　　　DATED this 10th day of August, 2021.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge